**No. 11-6983. Ross Charles Hack, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 787, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8342.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 443 Fed. Appx. 304.

**No. 11-6985. Lamont Gentry Falls, Petitioner v. Dwight L. Fondren, Warden.**

565 U.S. 1070, 132 S. Ct. 787, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8417.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 411 Fed. Appx. 936.

**No. 11-6987. Isni Gjuraj, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 787, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8350.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 419 Fed. Appx. 4.

**No. 11-6988. Bryant R. Filter, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 787, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8384.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6989. Raul Israel, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 787, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8349,

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6990. Dwaune J. Gravley, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 788, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8388.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6991. Ervin Darrell Garnett, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 788, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8400.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 896.

**No. 11-6992. Gerald Gray, Petitioner v. United States.**

565 U.S. 1070, 132 S. Ct. 788, 181 L. Ed. 2d 503, 2011 U.S. LEXIS 8383.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 464.